UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HAEUSER,<br><br>Defendant. | Case No. 22-cr-00181-SI-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 95 |

On January 24, 2025, Robert Haeuser filed a motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A), citing medical and family circumstances. Dkt. No. 95. The government opposes. Dkt. No. 98. On February 7, 2025, the Court held a hearing on the motion.

In accordance with the First Step Act and 18 U.S.C. § 3582(c)(1)(A), a district court may modify a term of imprisonment "upon motion of the defendant after the defendant has fully exhausted all administrative rights," (1) if extraordinary and compelling reasons warrant such a reduction, (2) if a reduction would be consistent with applicable policy statements issued by the Sentencing Commission, and (3) after considering the applicable factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3582(c)(1)(A); *United States v. Wright*, 46 F.4th 938, 945 (9th Cir. 2022) (citations omitted). A defendant must fulfill all three factors, and failing any single factor may lead to denial. *Wright*, 46 F.4th at 945.

For the reasons stated on the record at the hearing, the motion is DENIED. The Court concludes that compassionate release is not warranted at this time because the information presently before the Court does not indicate that Mr. Haeuser's medical circumstances are sufficiently

extraordinary and compelling.[1]  Mr. Haeuser also fails to demonstrate that he no longer poses a danger to the safety of any other person or to the community; given the gravity of his crimes, this factor weighs strongly against granting the motion.  However, as discussed at the hearing, counsel are committed to following up on Mr. Haeuser's medical care.  Counsel may bring the matter of Mr. Haeuser's medical care to the Court's attention in the future if needed.

**IT IS SO ORDERED**.

Dated: February 11, 2025

_____
SUSAN ILLSTON
United States District Judge

---

[1] In his reply, Mr. Haeuser concedes that the family circumstances cited in his motion no longer apply and he withdraws this as grounds for compassionate release.  Dkt. No. 99 at 1.

2